# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148317-23

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                        SC: 148317
                                                        COA: 308104
                                                        Oakland CC: 2011-236622-FH

BARBARA MIRA JOHNSON,
       Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                        SC: 148318
                                                         COA: 308105
                                                       Oakland CC: 2011-236623-FH

ANTHONY JAMES AGRO,
       Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                        SC: 148319
                                                         COA: 308106
                                                       Oakland CC: 2011-236624-FH

RYAN MICHAEL FLEISSNER,
       Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                        SC: 148320
                                                         COA: 308109
                                                       Oakland  CC:  2011-236625-FH

BARBARA JEAN AGRO,
    Defendant-Appellant.

_____/


PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 148321
                                                     COA: 308110
                                                     Oakland CC: 2011-236626-FH
RYAN DANIEL RICHMOND,
    Defendant-Appellant.

_____/


PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 148322
                                                     COA: 308111
                                                     Oakland CC: 2011-236627-FH
MATTHEW CURTIS,
    Defendant-Appellant.

_____/


PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 148323
                                                     COA: 308113
                                                     Oakland CC: 2011-236628-FH
NICHOLAS AGRO,
    Defendant-Appellant.

_____/


On order of the Court, the application for leave to appeal the September 10, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



p0604

                                                     Clerk